JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG STANLEY, | ) | Case No. CV 12-6514 DSF (CWx) |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| WELLS FARGO BANK, NA, et al. | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 1/8/13

　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　United States District Judge